IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISIION

| | |
|---|---|
| Tim Corey, ) | |
| ) | C.A. No. 5:11-1078-TMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Michael Labbshire; Rob Peele; J. Franklin; ) | |
| Ms Young; Ms Bell; Ms Moss; Marcia ) | |
| Fuller, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Magistrate Judge's Report and Recommendation (Dkt. # 56). The Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. The Magistrate Judge's Report and Recommendation, filed on February 24, 2012, recommends that this action be dismissed with prejudice for failure to prosecute. (Dkt. # 56). The Report and Recommendation sets forth in detail the relevant facts and legal standards on this matter, and the court incorporates the Magistrate Judge's recommendation herein without a recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the

1

Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

The Defendants filed a Motion for Summary Judgment on December 21, 2011. (Dkt. # 42). The record reveals that, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), by order dated December 22, 2011, the Plaintiff was advised of the importance of a Motion for Summary Judgment and of the need for him to file an adequate response. (Dkt. # 43). Plaintiff was specifically advised that if he failed to respond adequately, the Defendants' Motion might be granted, thereby ending this case. As Plaintiff is proceeding *pro se*, the court ordered Plaintiff to advise whether he wished to continue with the case by February 21, 2012. (Dkt. # 52). Plaintiff has filed no response. The Magistrate Judge then filed a Report and Recommendation recommending that this action be dismissed for failure to prosecute. Plaintiff was advised of his right to file objections to the Report and Recommendation (Dkt. # 56-1). However, Plaintiff

2

filed no objections to the Report and Recommendation. Based on the foregoing, it appears the Plaintiff no longer wishes to pursue this action.

Accordingly, this action is **DISMISSED** with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir.1982).

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

Greenville, South Carolina
March 16, 2012

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.